ELIAS JASER *v.* RAYMOND MANSI
(12374)

FOTI, LANDAU and SPEAR, Js.

Argued January 12—decision released February 1, 1994

*Rocco J. Tirozzi,* for the appellant (plaintiff).

*Laurence V. Parnoff,* with whom, on the brief, was *Kathryn L. Braun,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.